[No. 40814-3-I.   Division One.   May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ELI MARK SPAULDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06947-9, Charles V. Johnson, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Baker, JJ.

[No. 41943-9-I.   Division One.   May 11, 1998.]

ROBERT L. GAEDE, JR., ET AL., *Appellants*, v. KENT SCHOOL DISTRICT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-21040-2, Linda Lau, J., entered January 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 20412-6-II.   Division Two.   May 15, 1998.]

JOE SMITH, *Appellant*, v. TACOMA SCHOOL DISTRICT NO. 10, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-03647-9, Frederick B. Hayes, J., entered January 26, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 20861-0-II.   Division Two.   May 15, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE MICHAEL KELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00075-0, Milton R. Cox, J., entered June 18, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.